# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2942
LT Case No. 2018-CF-000404

_____

IAN BRYCE DAVIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

Matthew J. Metz, Public Defender, and Kathryn Rollison
Radtke, Assistant Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah
Chance, Assistant Attorney General, Daytona Beach, for
Appellee.

July 19, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE and BOATWRIGHT, JJ., concur.
LAMBERT, J., concurs specially, with opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

LAMBERT, J., concurring specially with opinion.

Ian Bryce Davis was found by the trial court after a revocation of probation evidentiary hearing to have violated his probation. The court revoked his probation and sentenced Davis to prison. The majority has voted to affirm the revocation of probation and the resulting judgment and sentence, with which I concur.

The order of revocation of probation does, however, inadvertently contain errors as it lists conditions of probation that the court found had not been willfully violated, as well as a condition that the court did not announce as having been violated. However, because these errors have not been preserved for appellate review by raising this specific issue in a Florida Rule of Criminal Procedure 3.800(b)(2) motion to correct sentencing error, the revocation order is properly affirmed. *See Simmons v. State*, 357 So. 3d 790, 792 (Fla. 5th DCA 2023) (Lambert, J., concurring).